IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

VS.

Jorge Fernando DE LEON-Garcia,
 a/k/a Jorge Fernando De Leon,
 a/k/a Jorge F. De-Leon,
 a/k/a Jorge Deleon,

      Defendant.

**SA09CR700XR**

CRIMINAL NO.

**I N D I C T M E N T**

[Vio: 8 USC § 1326
 Illegal Re-entry into the
 United States]

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1326]

That on or about July 1, 2009, in the Western District of Texas,

Defendant,

Jorge Fernando DE LEON-Garcia,
a/k/a Jorge Fernando De Leon,
a/k/a Jorge F. De-Leon,
a/k/a Jorge Deleon,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about December 5, 2002, and that the Defendant had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
MATTHEW LATHROP
Assistant U.S. Attorney